been deprived of a fair and valid probable cause hearing?

"2. Whether the Appellate Court correctly determined the state's nondisclosure of exculpatory documents prior to or at the probable cause hearing did not deprive the defendant of a fair trial?"

The Supreme Court docket number is SC 15854.

*Pamela S. Nagy*, assistant public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided January 15, 1998

---

## STATE OF CONNECTICUT *v.* INDE FARIA

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 47 Conn. App. 159 (AC 16684), is denied.

*Paul E. Murray*, supervisory assistant state's attorney, in support of the petition.

*Mark Rademacher*, assistant public defender, in opposition.

Decided January 15, 1998

---

## ANTONIO DEOLIVERIA *v.* ROSS AND ROBERTS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 919 (AC 16726), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.